NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEROY BASS, JR., DOC #Y15762, )
 )
 Appellant, )
 )
v. ) Case No. 2D18-1020
 )
STATE OF FLORIDA, )
 )
 Appellee. )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Leroy Bass, Jr., pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


 Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.